UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Kevin G. McDonald
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Lucia Job aka Lucia Hernandez,
    Steven Job aka Steven John Job

Order Filed on October 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 16-21277 VFP

Chapter: 13

Hearing Date: **August 1, 2019 at 10:00 A.M.**

Judge: Vincent F. Papalia

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 23, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2016 Toyota Rav4, VIN: 2T3RFREV8GW484973,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-21277-VFP
Steven Job                                                          Chapter 13
Lucia Job
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
db/jdb          +Steven Job,    Lucia Job,    5101 Park Avenue, Apt 2N,    West New York, NJ 07093-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
      Hetal Patel    on behalf of Joint Debtor Lucia  Job nadiafinancial@gmail.com,
       patel.fitzlaw@gmail.com
      Hetal Patel    on behalf of Debtor Steven  Job nadiafinancial@gmail.com,   patel.fitzlaw@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Nicholas Fitzgerald    on behalf of Debtor Steven  Job nickfitz.law@gmail.com
      Nicholas Fitzgerald    on behalf of Joint Debtor Lucia  Job nickfitz.law@gmail.com
      Sarah J. Crouch    on behalf of Joint Debtor Lucia  Job nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
      Sarah J. Crouch    on behalf of Debtor Steven  Job nickfitz.law@gmail.com,
       nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
                                                                                                 TOTAL: 8