| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation*<br>*as servicer for Toyota Lease Trust* |
|---|
| In re:<br><br>Steven John Job<br>Lucia Job<br><br><div align="right">Debtors.</div> |

Order Filed on November 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 16-21277-VFP

Hearing Date: November 5, 2020

Judge Vincent F. Papalia

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 10, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

*rev.11/14/18*

Upon the motion of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2016 Toyota Highlander, VIN: 5TDBKRFHXGS289478**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev.11/14/18

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 16-21277-VFP

Steven Job                                                                                       Chapter 13

Lucia Job

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Nov 10, 2020    Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Steven Job, Lucia Job, 5101 Park Avenue, Apt 2N, West New York, NJ 07093-2523 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

**Name        Email Address**

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Hetal Patel
    on behalf of Joint Debtor Lucia Job nadiafinancial@gmail.com patel.fitzlaw@gmail.com

Hetal Patel
    on behalf of Debtor Steven Job nadiafinancial@gmail.com patel.fitzlaw@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: pdf903 | Total Noticed: 2 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas Fitzgerald
    on behalf of Joint Debtor Lucia Job Fitz2Law@gmail.com

Nicholas Fitzgerald
    on behalf of Debtor Steven Job Fitz2Law@gmail.com

TOTAL: 7