**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

STEVEN JOB
LUCIA JOB,

**Case No.:  16-21277 VFP**

                              **Debtors**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $91.75, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information .

Payee Name & Address:    STEVEN JOB - Debtor's Refund
                         5101 PARK AVENUE, APT 8N
                         WEST NEW YORK, NJ  07093

Amount:                  $91.75

Trustee Claim Number:    0

Reason:                   Not Cashing

                                        By:  /S/  Marie-Ann Greenberg
                                             _____
Dated:  August 16, 2021                      MARIE-ANN GREENBERG
                                             CHAPTER 13 STANDING TRUSTEE