| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Steven Job**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1413<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2  **Lucia Job**<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1330<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | |
| Case number:  16–21277–VFP | |

# Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Steven Job                                           Lucia Job
    aka Steven John Job                     aka Lucia Hernandez

8/26/21                                             **By the court:** Vincent F. Papalia
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven Job  
Lucia Job  
    Debtors

Case No. 16-21277-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 26, 2021     Form ID: 3180W     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Job, Lucia Job, 5101 Park Avenue, Apt 8N, West New York, NJ 07093-2531 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| 516226707 | + | Ambulatory Center for Endoscop, Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 516226709 | + | Anthony Iler, Law Office of Richard W Krieg, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 516226713 | + | Care Point Health, Hoboken University Medical Center, PO Box 824491, Philadelphia, PA 19182-4491 |
| 516226716 | + | Cmre Financial Services, 3075 E Imperial Highway, Suite 200, Brea, CA 92821-6753 |
| 516226719 | + | Florham Park Surgery Center, Jefferson Associates, 3 Coral Street, Edison, NJ 08837-3242 |
| 516226720 | + | Hoboken University Medical Center, PO Box 824491, Philadelphia, PA 19182-4491 |
| 516226721 | + | Jefferson Associates, 98 Ford Road, Suite 3B, Denville, NJ 07834-1356 |
| 516347502 | + | M&T Bank, PO BOX 1508, Buffalo NY 14240-1508 |
| 516226726 | + | Morristown Medical Center, PO Box 35610, Newark, NJ 07193-5610 |
| 516226728 | + | Pegasus Emergency Group, CMRE Financial Services, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 516226729 | + | Remex Recovery Management, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519286743 | + | STEVEN JOB, LUCIA JOB, 5101 PARK AVENUE, APT. 8N, WEST NEW YORK, NJ 07093-2531 |
| 516226730 | + | Spectocor, 2009 Mackenzie Way, Suite 102, Cranberry Twp, PA 16066-5338 |
| 516416452 | + | Toyota Lease Trust, c/o TOYOTA MOTOR CREDIT CORPORATION, PO BOX 9013, ADDISON, TEXAS 75001-9013 |
| 516410606 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516323423 | | EDI: BECKLEE.COM | Aug 27 2021 00:28:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516226708 | + | EDI: AMEREXPR.COM | Aug 27 2021 00:28:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516226710 | + | EDI: CITICORP.COM | Aug 27 2021 00:28:00 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 516226711 | + | EDI: TSYS2.COM | Aug 27 2021 00:28:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516226712 | + | EDI: CAPITALONE.COM | Aug 27 2021 00:28:00 | Capital One Na, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516315498 | | EDI: CAPITALONE.COM | Aug 27 2021 00:28:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516380054 | + | Email/Text: bncmail@w-legal.com | Aug 26 2021 20:28:00 | CarePoint Health - Hospital, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

Case 16-21277-VFP    Doc 47    Filed 08/28/21    Entered 08/29/21 04:15:50    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 26, 2021 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 400, SEATTLE, WA 98121-3132 |
| 516380052 | + | Email/Text: bncmail@w-legal.com | Aug 26 2021 20:28:00 | CarePoint Health - Physican GSHA, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516226715 | + | EDI: CITICORP.COM | Aug 27 2021 00:28:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 516226717 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2021 20:37:04 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516237846 | | EDI: DISCOVER.COM | Aug 27 2021 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516226718 | + | EDI: DISCOVER.COM | Aug 27 2021 00:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 516226714 | | EDI: JPMORGANCHASE | Aug 27 2021 00:28:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516448955 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:36:58 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516448950 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:37:06 | LVNV Funding, LLC its successors and assigns as, assignee of EAGLEWOOD WAREHOUSE TRUST I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516392926 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:36:59 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516352590 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:36:58 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517223357 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2021 20:36:58 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 516226722 | + | Email/Text: bk@lendingclub.com | Aug 26 2021 20:28:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 516226723 | | Email/Text: camanagement@mtb.com | Aug 26 2021 20:28:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 516226725 | | Email/Text: camanagement@mtb.com | Aug 26 2021 20:28:00 | M&T Bank, Attn: Bankruptcy, 1100 Wehrie Drive, Buffalo, NY 14221 |
| 516226724 | | Email/Text: camanagement@mtb.com | Aug 26 2021 20:28:00 | M&T Bank, PO Box 7678, Buffalo, NY 14240 |
| 516387357 | + | EDI: MID8.COM | Aug 27 2021 00:28:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516395363 | + | EDI: AGFINANCE.COM | Aug 27 2021 00:28:00 | ONEMAIN FINANCIAL, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 516226727 | + | EDI: AGFINANCE.COM | Aug 27 2021 00:28:00 | Onemain Financial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 516849401 | | EDI: PRA.COM | Aug 27 2021 00:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 516849402 | | EDI: PRA.COM | Aug 27 2021 00:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 516454978 | | EDI: PRA.COM | Aug 27 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516226731 | + | EDI: RMSC.COM | Aug 27 2021 00:28:00 | Synchrony Bank/Sams, Po Box 965064, Orlando, |

Case 16-21277-VFP    Doc 47    Filed 08/28/21    Entered 08/29/21 04:15:50    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 516226732 | EDI: TFSR.COM | | | FL 32896-5064 |
| | | Aug 27 2021 00:28:00 | | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 518646781 | EDI: BL-BECKET.COM | Aug 27 2021 00:28:00 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

**Name**            **Email Address**

Gavin Stewart
on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Hetal Patel
on behalf of Joint Debtor Lucia Job nadiafinancial@gmail.com patel.fitzlaw@gmail.com

Hetal Patel
on behalf of Debtor Steven Job nadiafinancial@gmail.com patel.fitzlaw@gmail.com

Kevin Gordon McDonald
on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Nicholas Fitzgerald
on behalf of Debtor Steven Job fitz2law@gmail.com

Nicholas Fitzgerald
on behalf of Joint Debtor Lucia Job fitz2law@gmail.com

TOTAL: 7