Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−21277−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Job | Lucia Job |
| aka Steven John Job | aka Lucia Hernandez |
| 5101 Park Avenue, Apt 8N | 5101 Park Avenue, Apt 8N |
| West New York, NJ 07093 | West New York, NJ 07093 |

Social Security No.:
  xxx−xx−1413                                 xxx−xx−1330

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 28, 2021</u>             <u>Vincent F. Papalia</u>
                                                     Judge, United States Bankruptcy Court